FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TODD YUKUTAKE; DAVID KIKUKAWA,<br><br>          Plaintiffs-Appellees,<br><br>  v.<br><br>ANNE E. LOPEZ, In her Official Capacity as the Attorney General of the State of Hawaii,<br><br>          Defendant-Appellant,<br><br> and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>          Defendant. | No.   21-16756<br><br>D.C. No.<br>1:19-cv-00578-JMS-RT<br>District of Hawaii,<br>Honolulu<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3. The three-judge panel opinion is vacated.

Judge Bennett did not participate in the deliberations or vote in this case.